IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN A. VALLAIR, III | § | |
| VS. | § | CIVIL ACTION NO. 1:11-CV-437 |
| LIEUTENANT MILLS, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff John A. Vallair, III, a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the case without prejudice for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

Because the statute of limitations would bar future litigation of plaintiff's claims, a dismissal would act as a dismissal with prejudice. A dismissal with prejudice is appropriate only if there is a clear record of delay or contumacious conduct by the plaintiff, and if lesser sanctions would not

serve the interests of justice. *Coleman v. Sweetin*, 745 F.3d 756, 766 (5th Cir. 2014). In this case, plaintiff has exhibited a clear record of delay and contumacious conduct by repeatedly declining to comply with orders regarding the filing fee. Plaintiff has been advised that he is responsible for paying the filing fee, but he has declined to pay the initial partial filing fee or show good cause for his failure to do so. Title 28 U.S.C. § 1915 sets forth the payment terms for prisoners seeking to proceed *in forma pauperis*. The interests of justice are not served by allowing plaintiff to proceed without paying the initial partial filing fee set in accordance with the statute and without showing good cause for not paying. To avoid the harshest sanction of dismissing the case with prejudice, the court will allow plaintiff to reopen the case by paying the initial partial filing fee or showing good cause for his failure to do so within thirty days of the date the judgment is entered.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 25 day of **June, 2014.**

_____
Thad Heartfield
United States District Judge